ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
DAVID PINCHAS
Assistant United States Attorney
California Bar No. 130751
JESSICA O. CHEH
Assistant United States Attorney
California Bar No. 254012
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone:  (213) 894-2920/0886
    Facsimile:   (213) 894-7819
    E-Mail:     david.pinchas@usdoj.gov
                  jessica.cheh@usdoj.gov

Attorneys for Federal Defendant

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| MARTHA COSPER,<br><br>                Plaintiff,<br><br>vs.<br><br>JOHN E. POTTER, Postmaster General,<br><br>              Defendant. | Case No:   SA CV 09-751 JVS (ANx)<br><br>**[PROPOSED] PROTECTIVE ORDER GOVERNING PRODUCTION AND USE OF DOCUMENTS PRODUCED IN THE CASE AND AUTHORIZING FEDERAL DEFENDANT TO RELEASE DOCUMENTS PROTECTED BY THE PRIVACY ACT AND/OR THE HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT OF 1996**<br><br>Hon. Arthur Nakazato |

The Court has read and considered the Stipulation for Protective Order lodged on March 22, 2010 ("Stipulation") by Plaintiff Martha Cosper ("Plaintiff") and Federal Defendant John E. Potter, Postmaster General ("Federal Defendant").

For the reasons set forth in the Stipulation and for good cause shown, the Court hereby APPROVES the Stipulation and ORDERS that any records and information which Federal Defendant is required to produce to Plaintiff under Rules 26, 33, and 34 of the Federal Rules of Civil Procedure, but which are protected from disclosure under the Privacy Act, 5 U.S.C. § 552a(b), and/or the Health Insurance Portability and Accountability Act of 1996, 42 U.S.C. § 1320d-6, 45 C.F.R. § 164.512, shall be provided and used by the parties pursuant to and in accordance with the Stipulation.

SO ORDERED this 24th day of March, 2010.

ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE